[No. 26092-1-II. Division Two. November 16, 2001.]

WILLIAM D. NORGAARD, ET AL., *Respondents*, v. WARD C. MULLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-00948-6, Terry K. McCluskey, J., entered May 23, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26146-4-II. Division Two. November 16, 2001.]

MAD ANTHONY'S, INC., *Respondent*, v. METROPOLITAN PARK DISTRICT OF TACOMA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-13489-1, Frederick B. Hayes, J., entered June 6, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26293-2-II. Division Two. November 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT NOLAN GRAESSER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00352-0, Brian M. Tollefson, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26616-4-II. Division Two. November 16, 2001.]

*In the Matter of the Estate of* TOMMY JOE GOODALL, SR.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-4-00082-0, Karen B. Conoley, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.